**NORTHWEST MISSOURI REGIONAL CREDIT UNION, formerly Northwest Missouri Teachers Credit Union, a corporation, Respondent,**

v.

**Kimberly A. DOWNEN, Robert Downen, and Jerry Fugate, Appellants.**

**No. WD 43467.**

Missouri Court of Appeals, Western District.

March 12, 1991.

T. Jefferson Stephens, Grant City, for appellants.

Glen A. Dietrich, Maryville, for respondent.

Before BERREY, P.J., and KENNEDY and GAITAN, JJ.

### ORDER

PER CURIAM:

Direct appeal from a judgment for deficiency on a secured note following the repossession and sale of collateral.

Judgment affirmed. Rule 84.16(b).